IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$250,000.00 in U.S. CURRENCY<br>Defendant. | : Civil No. 1:25MC 11<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION FOR EXTENSION OF TIME TO FILE**
**<u>VERIFIED COMPLAINT OF FORFEITURE</u>**

Plaintiff United States of America, by and through Randall S. Galyon, Acting United States Attorney for the Middle District of North Carolina, and pursuant to 18 U.S.C. § 983(a)(3)(A), hereby respectfully moves the Court to extend the time within which to file a civil forfeiture complaint against the above-named property, seized on February 11, 2025, to and including September 1, 2025. The United States requests additional time for further investigation of the basis for forfeiture, and evaluation of the administrative claim.

Consent to the requested extension was given by attorney William Pruden, on behalf of Sun Tai Kim, the only person who submitted a claim in the administrative proceeding.

A proposed Order is attached.

WHEREFORE, plaintiff United States of America respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-

named property to and including September 1, 2025.

This the 2nd day of July, 2025.

                                        Respectfully submitted,

                                        RANDALL S. GALYON
                                        Acting United States Attorney

                                        /s/ Nathan L. Strup
                                        Nathan L. Strup, Mo. Bar No. 60287
                                        Assistant United States Attorney
                                        Middle District of North Carolina
                                        101 S. Edgeworth Street, 4th Floor
                                        Greensboro, NC 27401
                                        (336) 333-5351/nathan.strup@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, the foregoing Motion for Extension of Time to file Verified Complaint of Forfeiture was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

William Pruden
Pruden Law, PLLC
421 Fayetteville St Ste 1140,
Raleigh, North Carolina 27601

                                              /s/ Nathan L. Strup
                                              Nathan L. Strup
                                              Assistant United States Attorney